CGFD33 (9/19/08)



ORDERED in the Southern District of Florida on March 19, 2010

**Laurel M Isicoff**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 10−11769−LMI

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Linda Etienne
aka Linda Brown
433 NE 89 St
Miami, FL 33138

SSN: xxx−xx−9537

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

An order dismissing the above named case has been entered. The trustee, Nancy N Herkert, having filed a final report, is discharged and this case is closed.

# # #

The clerk shall serve a copy of this order on the Debtor, Attorney for Debtor and Trustee.